# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139632(94)

SHIRLEY B. AKERS,
       Plaintiff-Appellant,

v

BANKERS LIFE AND CASUALTY
COMPANY and SHANNON NELSON,
       Defendants-Appellees,
and

JOHN DOE,
       Defendant.

_____

SC:    139632
CoA:  283771
Gr Traverse CC: 07-026056-CZ

      On order of the Chief Justice, the motion for temporary admission to practice of David A. James is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2009

_____
Clerk